UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL ISONG,

    Plaintiff,

v.

GENERAL MOTORS CORP.,

    Defendant.
    _____/

Case No. 04-72614

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion for summary judgment is hereby GRANTED, and the case is DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: April 10, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2006, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager